## HUNTER, GUARDIAN, ETC., *v.* BRADSHAW ET AL.

[No. 12,800. Filed May 17, 1927.]

From Owen Circuit Court; *Herbert A. Rundell,* Judge.

Action between George D. Hunter, guardian, etc., and Rosa May Bradshaw, alias Rosa May Smedley. From the judgment rendered, the former appeals. *Affirmed.* By the court in banc.

*Miers & Corr,* for appellant.

*James B. Wilson* and *Hickam, Hickam & Rodenbeck,* for appellees.

PER CURIAM.—Affirmed.

Dausman, J., absent.

---

## COLUMBIA WEIGHING MACHINE COMPANY *v.* CASSADY.

[No. 12,777. Filed May 18, 1927.]

From Vigo Superior Court; *William T. Gleason,* Judge.

Action between the Columbia Weighing Machine Company and Burton Cassady. From the judgment rendered, the former appeals. *Affirmed.* By the court in banc.

*William F. Carmack, George D. Shannon* and *George E. Osburn,* for appellant.

*McNutt, Wallace & Randel,* for appellee.

PER CURIAM.—Judgment affirmed.

Dausman, J., absent.

---

## TERRE HAUTE, INDIANAPOLIS AND EASTERN TRACTION COMPANY *v.* SIMS.

[No. 12,609. Filed February 17, 1927. Rehearing denied May 24, 1927.]

From Vermillion Circuit Court; *William C. Wait,* Judge.

Action between the Terre Haute, Indianapolis and Eastern Traction Company and James M. Sims. From the judgment rendered, the former appeals. *Affirmed.* By the court in banc.

*Homer B. Aikman, W. Bert Conley* and *Beasley, Douthitt, Crawford & Beasley,* for appellant.

*George W. Wells, John O. Piety, Sunkel & Carrithers* and *W. F. Elliott,* for appellee.

PER CURIAM.—Judgment affirmed.